Court directing the county treasurer of that county to issue a liquor tax certificate to the relator.

*N. N. Stranahan* and *P. W. Cullinan* for appellants.

*Alfred E. Smith* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.

---

SIDNEY B. BREESE, as Administrator of CATHERINE H. GRAVES, Deceased, Respondent, *v.* MAURICE A. GRAVES et al., as Executors of NATHAN F. GRAVES, Deceased, Respondents.

THE ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Appellant.

*Breese* v. *Graves,* 47 App. Div. 634, appeal dismissed.
(Argued June 6, 1900; decided June 22, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 13, 1900, affirming an order of Special Term denying an application of the attorney-general to be made a party defendant in the above-entitled action.

*Frank Hiscock* for appellant.

*C. Carskaddan* for plaintiff, respondent.

*Augustus C. Stevens* and *George R. Cook* for defendants, respondents.

Appeal dismissed, without costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.